# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAJIN SARIN : | |
|       **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 17-1492** |
| : | |
| TROOPER MICHAEL MAGEE, et al., : | |
|       **Defendants.** : | |

## ORDER

This 18th day of January, 2018, upon consideration of Plaintiff's Motion for Collateral Estoppel on the Issue of Probable Cause (ECF No. 12) and Defendants' response (ECF No. 15), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

                                                                /s/ Gerald Austin McHugh
                                                           United States District Judge