# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAJIN SARIN : | |
|         **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 17-1492** |
| : | |
| TROOPER MICHAEL MAGEE, et al. : | |
|         **Defendants.** : | |

## ORDER

This 19th day of September, 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 20), and all responses thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and summary judgment is entered in favor of Defendants on all counts of Plaintiff's Complaint.

                                                  /s/ Gerald Austin McHugh
                                             United States District Judge